## Commonwealth *v.* Slackus, Appellant.

Argued March 18, 1965. *Benjamin Pomerantz*, for appellant; *Gordon Gelfond*, Assistant District Attorney, with him *Joseph M. Smith*, Assistant District Attorney; *F. Emmett Fitzpatrick, Jr.*, First Assistant District Attor-

ney, and *James C. Crumlish, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

FLOOD, J., absent.